AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

          **JUDGMENT IN A CIVIL CASE**

**MONTGOMERY P. AVANT,**

    Petitioner,

    V.        CASE NUMBER: **02-C-1125**

**CATHERINE FARREY**,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that Montgomery P. Avant's petition pursuant to Title 28, United States Code, Section 2254, is DENIED. This action is hereby DISMISSED.**

    **October 26, 2007**              **JON W. SANFILIPPO**
Date                                       Clerk

                                              s/ Linda M. Zik
                                              (By) Deputy Clerk